May 1, 1908.) Action by Richard V. Harnett & Co. against Beethoven Englander. M. Ash, for appellant. L. E. Warren, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 105 N. Y. Supp. 1140.

RINI, Appellant, v. PESCIA, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Giuseppe B. Rini against Enrico V. Pescia. No opinion. Motion dismissed.

RINI, Appellant, v. PESCIA, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Giuseppe B. Rini against Enrico V. Pescia. No opinion. Order affirmed, with $10 costs and disbursements.

RODGERS, Respondent, v. STANNARD, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by John C. Rodgers against Ambrose B. Stannard. T. H. Lord, for appellant. J. W. Boothby, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict by deducting therefrom $472.51, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

ROMER v. STANDARD PLUNGER CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Michael Romer against the Standard Plunger Company. No opinion. Motion denied, with $10 costs. Order filed.

ROSCOE LUMBER CO., Appellant, v. REYNOLDS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by the Roscoe Lumber Company against William H. Reynolds and another. No opinion. Motion denied.

ROSEFF et al., Respondents, v. RUTH et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Samuel Roseff and another against Abraham Ruth and another. A. Rosenstein, for appellants. J. Frankenheimer, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

ROSENBERG et al., Respondents, v. FEIERING, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Louis Rosenberg and another against Jennie Feiering. No opinion. Motion denied, without costs.

ROSENWASSER, Respondent, v. ÆTNA INDEMNITY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Morris Rosenwasser against the Ætna Indemnity Company. M. A. Schenck, for appellant. M. Silverstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROSENZWEIG, Respondent, v. MANES, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Bernard Rosenzweig against Max Manes. No opinion. Judgment of the Municipal Court affirmed, with costs. See 100 N. Y. Supp. 1140.

RUBINSTEIN, Appellant, v. RADT, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by George Rubinstein against Max Radt. J. F. Cloonan, for appellant. D. L. Podell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RYAN v. MIDDLEBROOK. (Supreme Court, Appellate Division, First Department. May 8, 1908.) Action by Mary Ryan against Frederick J. Middlebrook, as executor of William M. Ryan. From a judgment entered on a referee's report, both parties appeal. Modified and affirmed. Robert Goeller, for plaintiff. Manfred W. Ehrich, for defendant.

PER CURIAM. The judgment should be modified, by deducting from the amount found due to the plaintiff interest on $15,738.20 from April 22, 1902, the date of the death of William Ryan, to July 15, 1903. The sum of $88 costs must also be deducted. As thus modified, the judgment will be affirmed, without costs in this court to either party. Settle order on notice.

SAGGESE v. HOOKEY. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Gaetano Saggese against William T. Hookey. No opinion. Motion granted, with $10 costs. Order filed.

SALOMON et al., Respondents, v. T. GARCIA BRO. & CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Gustav Salomon and another against T. Garcia Bro. & Co. W. Bondy, for appellant. A. G. Reeves, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

SANDERS v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Joseph Sanders against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion granted.

SANFORD, Respondent, v. RHOADS et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Henry G. Sanford, as administrator of the goods, chattels, and credits which were of Robert Sanford, deceased, against Benjamin T. Rhoads and others. No opinion. Motion denied.